### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABDUS SHAHID** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 22-1894** |
| : | |
| **DAWN JONES, et al.** : | |

### ORDER

This 27th day of June, 2023, it is hereby **ORDERED** that Plaintiff's Complaint is **DISMISSED,** without prejudice, for lack of prosecution. This Court's previous order, ECF 9, instructed Plaintiff to file Affidavits of Service on ECF showing proper service by March 22, 2023, or risk dismissal. Over three months have passed since, and Plaintiff has failed to show cause or file any appropriate documentation. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

    /s/ Gerald Austin McHugh
United States District Judge